UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANMALS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAALAND, ET AL. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:20-cv-1476-RNC <br><br> August 12, 2021 |

**JOINT STATUS UPDATE**

Plaintiff Friends of Animals and Defendants, Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior; Martha Williams, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service;[1] and the United States Fish and Wildlife Service ("FWS") (collectively, "Defendants"), through their respective counsel hereby provide this Court with a status update regarding the above action.

Plaintiff's First Amended Complaint, filed December 22, 2020, ECF No. 14, is brought under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706; the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq*.; and the First Amendment of the United States Constitution, 42 U.S.C. § 1983. Plaintiff's First Amended Complaint alleges that Defendants' issuance of the Final Rule revising the regulations governing the Federal Migratory Bird Hunting and Conservation Stamp ("Duck Stamp") Contest, 85 Fed. Reg. 27,313 (May 8, 2020) (the "2020 Rule") violates the APA, NEPA, and the First Amendment. Defendants filed

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Haaland is substituted for David Bernhardt, formerly Secretary of the United States Department of the Interior; and Ms. Williams is substituted for Aurelia Skipwith, formerly Director of the U.S. Fish and Wildlife Service.

an Answer in this case on February 5, 2021, ECF No. 17.  On April 29, 2021, this Court granted the parties' Joint Motion to Stay Proceedings until August 26, 2021, to allow time for the administrative process for publishing the new rule, and ordered the parties to file a status report on August 12, 2021.  *See* ECF No. 20.

The parties have tentatively agreed on a path forward that would result in the dismissal of this case.  On June 23, 2021, FWS published a new proposed rule that would, beginning with the 2022 Duck Stamp Contest, repeal the 2020 Rule's establishment of a permanent theme of "celebrating our waterfowl hunting heritage" and its requirement that designs submitted in the Duck Stamp Contest include an "appropriate waterfowl hunting scene and/or accessory," and accordingly revise the qualifications for judge selection and scoring criteria.  *See* Revision of Federal Migratory Bird Hunting and Conservation Stamp (Duck Stamp) Contest Regulations, 86 Fed. Reg. 32,878 (June 23, 2021).  The public comment period for the proposed rule closed on July 23, 2021.  Plaintiff was among those who submitted a comment on the proposed rule.

FWS has diligently reviewed and prepared responses to approximately 200 comments it received on the proposed rule, and the new final rule is currently undergoing final review within FWS and the Department of Interior.  Barring unforeseen circumstances, FWS expects that the final rule will be published within 30 days of the August 26, 2021 expiration of the stay.

The parties agree that the new rule would likely obviate the need for further litigation and would also likely result in dismissal of this case.  Because FWS anticipates publishing the new rule shortly after the stay expires, the parties do not believe a further stay of proceedings is necessary.  Accordingly, the parties propose that within seven days of publication of the new rule: (1) Plaintiff will notify the Court that it is dismissing the case; or (2) the parties will jointly file a status report indicating how they propose to proceed with the case.

Dated this 12th day of August, 2021.

Respectfully submitted,

TODD KIM

Assistant Attorney General
Environment & Natural Resources Division

/s/ *Frances B. Morris*
Frances B. Morris (phv 10981)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-2855
Fax: 202-305-0506
Email: frances.morris@usdoj.gov

*Counsel of Record for Defendant United States*

/s/ *Stephen R. Hernick*
Stephen R. Hernick (phv 10846)
Friends of Animals, Wildlife Law Program
7500 E. Arapahoe Rd., Suite 385
Centennial, CO 80112
Tel: 720-749-7791
Fax: 888-236-3303
SHernick@friendsofanimals.org
Jessica Rubin (Bar No. ct13768)
Director of Legal Practice and Animal Law Clinic
University of Connecticut School of Law
55 Elizabeth Street
Hartford, CT 06105
Tel: (860) 570-5209
Fax: (860) 570-5366
Jessica.rubin@uconn.edu

*Counsel of Record for Plaintiff Friends of Animals*